(115 So. 926)

David TRIVES v. STATE. (6 Div. 192.) Court of Appeals of Alabama. Jan. 17, 1928.

John P. McCoy, Judge. First degree manslaughter.

SAMFORD, J. Affirmed.

(111 So. 927)

Robert TROULIAS v. STATE. (7 Div. 279.) (Court of Appeals of Alabama. Jan. 18, 1927.)

R. B. Carr, Judge.

BRICKEN, P. J. Affirmed.

(112 So. 926)

Arthur TURNER v. STATE. (7 Div. 257.) Court of Appeals of Alabama. April 12, 1927.

W. W. Haralson, Judge.

SAMFORD, J. Defendant was convicted on a charge of manufacturing liquor. There are no prejudicial errors, either in the bill of exceptions or the record, and the judgment is affirmed.

(118 So. 927)

John Wesley TURNER v. STATE. (4 Div. 408.) Court of Appeals of Alabama. Nov. 13, 1928. J. S. Williams, Judge. Guy W. Winn, of Clayton, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(114 So. 926)

UNITED FURNITURE CO. et al. v. B. S. SIMONS. (6 Div. 224.) Court of Appeals of Alabama. Nov. 8, 1927. Joe C. Hail, Judge.

RICE, J. Appeal dismissed.

(117 So. 927)

UNITED STATES CAST IRON PIPE & FOUNDRY CO. v. George WILLIAMS. (6 Div. 200.) Court of Appeals of Alabama. June 30, 1928. C. B. Smith, Judge. Knox, Acker, Sterne & Liles, of Anniston, for appellant. Barber & Barber, of Birmingham, for appellee.

BRICKEN, P. J. Reversed and remanded, on authority of U. S. Cast Iron Pipe & Foundry Co. v. Henderson, ante, p. 448, 116 So. 915.

(118 So. 927)

Rell UPSHAW v. C. M. GAMMAGE. (4 Div. 454.) Court of Appeals of Alabama. Nov. 8, 1928. J. S. Williams, Judge.

BRICKEN, P. J. Appeal dismissed by consent of parties.

(116 So. 927)

Burnett VAUGHN v. STATE. (7 Div. 394.) Court of Appeals of Alabama. May 15, 1928.

E. M. Baker, Judge. John B. Isbell, of Ft. Payne, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. This appellant was convicted in the lower court for a violation of the state prohibition laws. He was tried by a jury, who assessed a fine of $50, and as additional punishment the court sentenced the defendant to two months' hard labor for the county. It appears from the record that there was some evidence to sustain the charge. The evidence was in conflict. However, no charges were requested, and upon the trial of the case no exception was reserved, and therefore there is no question presented upon appeal for review. The judgment of conviction, appealed from, is affirmed. Affirmed.

(116 So. 927)

C. C. VAUGHN v. STATE. (7 Div. 318.) Court of Appeals of Alabama. April 3, 1928.

R. B. Carr, Judge. Assault with a weapon.

SAMFORD, J. Affirmed.

(114 So. 926)

James VEASEY and Fred McElroy v. STATE. (4 Div. 316.) Court of Appeals of Alabama. Nov. 15, 1927. A. D. Pitts, Special Judge.

SAMFORD, J. Affirmed.

(114 So. 926)

C. VEZDOON et al. v. C. L. ELLISON. (6 Div. 273.) Court of Appeals of Alabama. Dec. 13, 1927. C. B. Smith, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellants.

(112 So. 926)

Will VINSON v. STATE. (8 Div. 597.) Court of Appeals of Alabama. May 24, 1927.

Chas. P. Almon, Judge.

RICE, J. Affirmed.

(112 So. 926)

James WADE v. STATE. (8 Div. 568.) Court of Appeals of Alabama, May 24, 1927.

James E. Horton, Judge.

SAMFORD, J. Affirmed.